**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**PATRICIA WISE**                                                                                              **PLAINTIFF**

V.                              CASE NO.: 3:09CV00023-BD

**MICHAEL J. ASTRUE,
Commissioner, Social Security Administration**                                **DEFENDANT**

## ORDER

Defendant's motion for extension of time to file a response to Plaintiff's brief (docket entry #14) is granted. The time is extended to, and including, August 6, 2009.

IT IS SO ORDERED this 9th day of July, 2009.

_____
UNITED STATES MAGISTRATE JUDGE