**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**PATRICIA WISE**                                                                                                **PLAINTIFF**

V.                              NO.: 3:09CV00023-BD

**MICHAEL J. ASTRUE,**
**Commissioner, Social Security Administration**                                    **DEFENDANT**

### ORDER

Pending is Defendant's Unopposed Motion to Remand (docket entry #16). Plaintiff does not object. For good cause shown, Defendant's motion (#16) is GRANTED.

This case is hereby remanded under sentence four of 42 U.S.C. § 405(g) for a new hearing, and, if necessary, further development of the record. Specifically, the Administrative Law Judge should: (a) hold a new hearing; (b) update, complete, and assemble any new evidence; and (c) consider such evidence and issue a new decision.

IT IS SO ORDERED this 29th day of July, 2009.

_____
UNITED STATES MAGISTRATE JUDGE