**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**PATRICIA WISE**                                                                                          **PLAINTIFF**

**V.**                             **NO.: 3:09CV00023-BD**

**MICHAEL J. ASTRUE,**
**Commissioner, Social Security Administration**                        **DEFENDANT**

## JUDGMENT

In accordance with the Order entered this day, this case is remanded to the Secretary, under Sentence four of the Social Security Act, 42 U.S.C. § 405(g), for actions consistent with the Order.

IT IS SO ORDERED this 29th day of July, 2009.

_____
UNITED STATES MAGISTRATE JUDGE