**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**PATRICIA WISE**                                                                                      **PLAINTIFF**

V.                              NO.: 3:09CV00023-BD

**MICHAEL J. ASTRUE,**
**Commissioner, Social Security Administration**                         **DEFENDANT**

## ORDER

Pending is Plaintiff's Motion for Attorney's Fees under the Equal Access to Justice Act, 28 U.S.C. § 2412 (docket entry #19). In the motion, Plaintiff requests fees and expenses in the amount of $2,113.46. The Commissioner does not object to the amount requested (#21). Accordingly, Plaintiff's motion (#19) is GRANTED and Plaintiff is awarded $2,113.46 in fees and expenses.

IT IS SO ORDERED this 15th day of October, 2009.

_____
UNITED STATES MAGISTRATE JUDGE